IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARCELLA TROXEL, as Parent and
Natural Guardian of BROOKLYN
WILLIAMS, a Minor                                                                PLAINTIFF

v.                                        Case No. 4:20-cv-4045

BLYTHE LANE HOPKINS                                                          DEFENDANT

## ORDER

     Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 10.  The Court finds that no response is necessary and that the matter is ripe for consideration.

     An action may be dismissed by court order at a plaintiff's request, on terms the Court considers proper.  Fed. R. Civ. P. 41(a)(2).  Plaintiff states that both parties have "compromised and resolved their differences" and seeks to have the matter dismissed with prejudice and that each side bear its own costs and fees.  The Court finds that language implies that a settlement has been reached between the parties.  Defendant has not opposed the motion or offered any contradictory statements.

     Upon consideration, the Court finds that good cause exists for the motion.  Plaintiff's Motion to Dismiss is hereby **GRANTED**.  This case is hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own fees and costs.  If any party desires that the terms of a settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this order.  The Court retains jurisdiction to vacate this order upon cause shown that a settlement has not been completed and further litigation is necessary.

     **IT IS SO ORDERED**, this 1st day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge